THE STATE OF KANSAS, *on the relation of L. B. Kellogg, Attorney General*, v. F. P. DILLMAN.

ACTION brought by *The State* in this court on February 5, 1889, against *F. P. Dillman,* to compel the defendant, as clerk of the district court of Gray county, to remove his office and all the books, records, etc., from Ingalls to Cimarron, in said county.

*L. .B. Kellogg,* attorney general, *Johnson, Martin & Keeler,* and *Edwin A. Austin,* for plaintiff.

*C. N. Sterry,* and *Geo. W. Dunn,* for defendant.

*Per Curiam:* Upon the authority of *The State, ex rel., v. Malo,* just decided, the application for the peremptory writ of *mandamus* will be denied, and judgment rendered in favor of the defendant for costs.